An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY LEATHERS,
Appellant,
vs.
SETERUS, INC. AND FEDERAL
NATIONAL MORTGAGE
ASSOCIATION (FANNIE MAE),
Respondents.

No. 61960

**FILED**

JAN 3 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties have filed a stipulation to dismiss this appeal. We approve the stipulation and hereby dismiss this appeal. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie Y Linden_

cc:  Hon. Patrick Flanagan, District Judge
     Mark L. Mausert
     Wright, Finlay & Zak, LLP/Las Vegas
     Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-03278